## 68035. BRIGHT v. DeKALB METAL et al.

BIRDSONG, Judge.

This is an appeal from the superior court's affirmance of a decision of the Board of Review, Employment Security Agency, Department of Labor. This appeal is dismissed for failure to comply with OCGA § 5-6-35, concerning applications for discretionary appeal in administrative cases.

*Appeal dismissed. Quillian, P. J., and Carley, J., concur.*

DECIDED APRIL 12, 1984.

*Albert Graham Bright, Jr., pro se.*

W. R. Irby, *pro se.*
*Michael J. Bowers, Attorney General*, for appellees.